AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

USDC-BALTIMORE
'25 JUN 11 PM 4:28

USDC-BALTIMORE
'25 JUL 24 PM 12:13

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| TARONJAY FULLER, | ) | Case No. |
| | ) | **SEALED** |
| | ) | MJM 25cr172 |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   TARONJAY FULLER

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1) and (b)(1)(B) Possession with Intent to Distribute Controlled Substances

Date: 06/11/2025

*Issuing officer's signature*

City and state: Baltimore City, Maryland

Douglas R. Miller, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 6/11/2025, and the person was arrested on *(date)* 7/2/2025
at *(city and state)* GLEN BURNIE, MD

Date: 7/2/2025

*Arresting officer's signature*

SA JONATHAN POOLE
*Printed name and title*

HD

Rcv'd by: AK

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.

*(Not for Public Disclosure)*

Name of defendant/offender:   TARONJAY FULLER

Known aliases: _____

Last known residence:   7963 Oakwood Road Glen Burnie, MD 21601

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth:   04/06/1987

Social Security number:   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

Height: _____   Weight: _____

Sex: _____   Race: _____

Hair: _____   Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____